**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

MAY 10 2006

at 9 o'clock and 22 min. a.m. M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: 05-311 |
| | ) | |
| Plaintiff, | ) | CIT. NO.: N302486/H20 |
| | ) | |
| v. | ) | A&P: May 10, 2006 |
| | ) | |
| Stephen U. Baughn | ) | H.R.S. 291C-103(d) |
| Defendant. | ) | |

Superceding ~~AMENDED~~ INFORMATION

The United States Attorney charges:

That on or about the 9th day of June, 2005, in the District of Hawaii, on the military reservation of Naval Station Pearl Harbor, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, STEPHEN U BAUGHN, defendant herein, did suddenly accelerate his vehicle resulting in the screeching of the vehicle's tires to draw the attention of persons present toward his vehicle a violation of Hawaii Revised Statute 291C-103(d), an offense pursuant to 18 United States Code, Section 13, the Federal Assimilative Crimes Act.

DATED: May 10, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: _____
Special Assistant U.S. Attorney