# NAVY ARRAIGNMENT & PLEA CALENDAR FOR MAY 10, 2006

UNITED STATES MAGISTRATE KEVIN S. C. CHANG

ORIGINAL Page 1

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine | SA | Total |
|---|---|---|---|---|---|---|---|---|---|
| 24) | HOAEAE, LIONEL L. *(no address)* | | | N0704459 H20 03/16/2006 | 18:USC 1382 TRESPASSING | $25.00 | | | |

Atty: NC

ADD ON PER NAVY'S REQUEST (in order to keep all trespassers on same docket. See defts: #2, 21, 23, 26)
Refer: ICR #0489 - fishing

**DISMISSED BY GOVERNMENT**

| 25) | MCCONNELL, MELISSA L. | | | N0703979 H20 12/24/2005 | HRS 286-102 NO LICENSE | $0.00 | | | |

Atty: NC

**DISMISSED** — Oregon D.L. #8351042
*PROOF SHOWN* expiration: 09/17/06

| 26) | SANFORD, TODD M. *(no address)* | | | N0704456 H20 03/16/2006 | 18:USC 1382 TRESPASSING | $25.00 | | | |

Atty: NC

ADD ON PER NAVY'S REQUEST (in order to track trespassers on same docket. See defts: #2, 21, 23, 24)
**DISMISSED BY GOVERNMENT** ICR #0489 - fishing

| 27) | BAUGHN, STEPHEN U. ***** Bench Warrant ***** | CR 05-00311 | | N302486 H20 06/09/2005 | HRS 291-2 RECKLESS DRIVING | $0.00 | 250 | 5 | 255 |

Atty: by Paul, Esq Att

PER ORDER FILED 9/23/05 - BENCH WARRANT ISSUED 7/27/05 RECALLED, DEFT CONTINUED TO 5/10/06 A & P;

Deft present: Arrn ✓  Arm Wvd
Plea NG ___  NJT ___
Plea Guilty/Adj Guilty ✓

W action #
MBW
Superseding Info filed
Amending to 291(c) - 103(d)
Poc: 6/28/06 for pmt personal appt

APPROVED AND SO ORDERED

/s/ Magistrate Judge KEVIN S. C. CHANG

APPROVED

/s/ SAUSA LCDR KEITH C. CELEBREZZE

at ___ o'clock and ___ min. ___ M
Dated: 05/10/2006

SUE BEITIA, CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**FILED IN THE**
MAY 10 2006

knr 5